

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-12-00304-CV

CHOICE ASSET MANAGEMENT, INC., APPELLANT

V.

CIT TECHNOLOGY FINANCING SERVICES, INC., APPELLEE

On Appeal from the 250th District Court
Travis County, Texas
Trial Court No. D-1-GN-11-000209, Honorable Tim Sulak, Presiding

September 25, 2013

## MEMORANDUM OPINION ON SUGGESTION OF BANKRUPTCY

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

On September 12, 2013, appellant Choice Asset Management, Inc. filed Appellant's Suggestion of Bankruptcy. A copy of the Notice of Chapter 7 Bankruptcy Case filed in United States Bankruptcy Court for the Western District of Texas in Case No. 13-11478 was provided to the court indicating that the bankruptcy case was filed on August 2, 2013.

Pursuant to TEX. R. APP. P. 8, this appeal is suspended until further order of this court. The parties are directed to take such action as is appropriate to advise the clerk

of this court of any change in the status of appellant Choice Asset Management Inc.'s bankruptcy proceeding which would affect the status of this appeal, including but not limited to the filing of a Motion to Reinstate or Sever pursuant to TEX. R. APP. P. 8.3.

Per Curiam